**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

GERNEST LUIS RAYMIC CRESPO
GUERE,

      Petitioner,

      v.

JEFFREY CRAWFORD, *et al.,*

      Respondents.

Case No. 2:26-cv-528

## ORDER

On June 4, 2026, the Court ordered the respondents to provide Petitioner Gernest Luis Raymic Crespo Guere with a bond hearing pursuant to 8 U.S.C. § 1226(a), "no later than three days from the date of entry of th[e] Order." ECF No. 7 at 8. The respondents submitted a request for clarification, asking whether the Order contemplates calendar days or business days.

The Court intended the June 4, 2026 Order to refer to business days.

Accordingly, the respondents are **ORDERED** to provide the petitioner with a bond hearing not later than June 9, 2026, on the terms described in the June 4, 2026 Order. *See* ECF No. 7 at 8. If any inconsistency is perceived between this Order and the June 4, 2026 Order, this Order shall control.

The Clerk is **DIRECTED** to send a copy of this Order to the petitioner.

**IT IS SO ORDERED**.

/s/ _JKW_

Norfolk, Virginia
June 5, 2026

Jamar K. Walker
United States District Judge